**AmeriFunds Secured Income Fund**
9375 E Shea Blvd, Ste 100
Scottsdale, AZ 85260

Debbi Berkman: (888)-309-7455
noteservicing@amerifunds.us

**Payment History**

Reference

Bedizel AS1148  -RC ASIF
Printed: 03/19/15     Period: 09/01/07 - 12/31/15

Contact information

Mr. Ahmet J. Bedizel
1050 Enterprise Osteen Road
Enterprise, FL 32725

W: 321-961-6800      H: 321-799-1473
F: 386-259-4653

Additional information

U.S. Hwy 1 in Govt Lot #2 Cocoa FL 32926

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Regular pmt: | 335.51 | Int rate: | 6.500 | Rem pmts: | 113 | Orig bal: | 41027.20 |
| Escrow pmt: | 0.00 | Int calc: | Fixed | Per diem: | 5.11 | Orig date: | 09/05/07 |
| Service fee: | 0.00 | Pmt type: | USRule 360 M | Next due: | 01/04/15 | Maturity: | 06/04/18 |
| Total pmt: | 335.51 | NSF fee: | 25.00 | Arrears: | 1026.53 | Balloon: | 19960.64 |
| Ord/Day/LFee: 5/15 | 10.00 | | | | | | |
| Total if late: | 345.51 | | | | | | |

| Pay Date | Due/Type | | Amount | Applied/Ref | Interest | Principal | Balance | Escrow | Payment/Balance Late | Svc |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/05/07 | | | 0.00 | 0.00 | 0.00 | 0.00 | 41027.20 | 0.00 | 0.00 | 0.00 |
| 10/03/07 | 09/04/07 | R | 335.51 | 335.51 | 222.23 | 103.28 | 40923.92 | 0.00 | 10.00 | 0.00 |
| 10/11/07 | 10/04/07 | R | 335.51 | 335.51 | 221.67 | 113.84 | 40810.08 | 0.00 | 0.00 | 0.00 |
| 11/01/07 | 11/04/07 | R | 335.51 | 335.51 | 221.05 | 114.46 | 40695.62 | 0.00 | 0.00 | 0.00 |
| 12/03/07 | 12/04/07 | R | 335.51 | 335.51 | 220.43 | 115.08 | 40580.54 | 0.00 | 0.00 | 0.00 |
| 12/26/07 | 01/04/08 | R | 335.51 | 335.51 | 219.81 | 115.70 | 40464.84 | 0.00 | 0.00 | 0.00 |
| Annual Total: | | | 1677.55 | | 1105.19 | 562.36 | | 0.00 | 10.00 | 0.00 |
| Escrow Paid Out: | | | | | | | | 0.00 | | |
| 02/04/08 | 02/04/08 | R | 335.51 | 335.51 | 219.18 | 116.33 | 40348.51 | 0.00 | 0.00 | 0.00 |
| 02/21/08 | 03/04/08 | R | 335.51 | 335.51 | 218.55 | 116.96 | 40231.55 | 0.00 | 0.00 | 0.00 |
| 04/04/08 | 04/04/08 | R | 335.51 | 335.51 | 217.92 | 117.59 | 40113.96 | 0.00 | 0.00 | 0.00 |
| 04/29/08 | 05/04/08 | R | 335.51 | 335.51 | 217.28 | 118.23 | 39995.73 | 0.00 | 0.00 | 0.00 |
| 05/31/08 | 06/04/08 | R | 335.51 | 335.51 | 216.64 | 118.87 | 39876.86 | 0.00 | 0.00 | 0.00 |
| 06/30/08 | 07/04/08 | R | 335.51 | 335.51 | 216.00 | 119.51 | 39757.35 | 0.00 | 0.00 | 0.00 |
| 07/31/08 | 08/04/08 | R | 335.51 | 335.51 | 215.35 | 120.16 | 39637.19 | 0.00 | 0.00 | 0.00 |
| 08/30/08 | 09/04/08 | R | 335.51 | 335.51 | 214.70 | 120.81 | 39516.38 | 0.00 | 0.00 | 0.00 |
| 09/27/08 | 10/04/08 | R | 335.51 | 335.51 | 214.05 | 121.46 | 39394.92 | 0.00 | 0.00 | 0.00 |
| 10/29/08 | 11/04/08 | R | 335.51 | 335.51 | 213.39 | 122.12 | 39272.80 | 0.00 | 0.00 | 0.00 |
| 12/04/08 | 12/04/08 | R | 335.51 | 335.51 | 212.73 | 122.78 | 39150.02 | 0.00 | 0.00 | 0.00 |
| 12/31/08 | 01/04/09 | R | 335.51 | 335.51 | 212.06 | 123.45 | 39026.57 | 0.00 | 0.00 | 0.00 |
| Annual Total: | | | 4026.12 | | 2587.85 | 1438.27 | | 0.00 | 0.00 | 0.00 |
| Escrow Paid Out: | | | | | | | | 0.00 | | |
| 01/30/09 | 02/04/09 | R | 335.51 | 335.51 | 211.39 | 124.12 | 38902.45 | 0.00 | 0.00 | 0.00 |
| 02/19/09 | | L | 10.00 | 10.00 | 0.00 | 0.00 | 38902.45 | 0.00 | 10.00 | 0.00 |
| | | | | | | | | | -10.00 | |
| 03/04/09 | 03/04/09 | R | 335.51 | 335.51 | 210.72 | 124.79 | 38767.66 | 0.00 | -10.00 | 0.00 |
| 04/02/09 | 04/04/09 | R | 335.51 | 335.51 | 209.99 | 125.52 | 38642.14 | 0.00 | 0.00 | 0.00 |
| 05/01/09 | 05/04/09 | R | 335.51 | 335.51 | 209.31 | 126.20 | 38515.94 | 0.00 | 0.00 | 0.00 |
| 06/03/09 | 06/04/09 | R | 335.51 | 335.51 | 208.63 | 126.88 | 38389.06 | 0.00 | 0.00 | 0.00 |
| 07/08/09 | 07/04/09 | R | 335.51 | 335.51 | 207.94 | 127.57 | 38261.49 | 0.00 | 0.00 | 0.00 |
| 08/04/09 | 08/04/09 | R | 335.51 | 335.51 | 207.25 | 128.26 | 38133.23 | 0.00 | 0.00 | 0.00 |
| 09/04/09 | 09/04/09 | R | 335.51 | 335.51 | 206.55 | 128.96 | 38004.27 | 0.00 | 0.00 | 0.00 |

Exhibit "A"

**AmeriFunds Secured Income Fund**  
9375 E Shea Blvd, Ste 100  
Scottsdale, AZ 85260

Debbi Berkman: (888) 309-7455  
noteservicing@amerifunds.us

**Payment History**

Reference

Bedizel AS1148  -RC ASIF  
Printed: 03/19/15         Period: 09/01/07 - 12/31/15

Page 2

| Pay Date | Due/Type | Amount | Applied/Ref | Interest | Principal | Balance | Escrow | Late | Svc |
|---|---|---|---|---|---|---|---|---|---|
| 10/06/09 | 10/04/09 R | 335.51 | 335.51 | 205.86 | 129.65 | 37874.62 | 0.00 | 0.00 | 0.00 |
| 11/05/09 | 11/04/09 R | 335.51 | 335.51 | 205.15 | 130.36 | 37744.26 | 0.00 | 0.00 | 0.00 |
| 12/03/09 | 12/04/09 R | 335.51 | 335.51 | 204.45 | 131.06 | 37613.20 | 0.00 | 0.00 | 0.00 |
| **Annual Total:** | | 3700.61 | | 2287.24 | 1413.37 | | 0.00 | 10.00 | 0.00 |
| Escrow Paid Out: | | | | | | | 0.00 | | |
| 01/04/10 | 01/04/10 R | 335.51 | 335.51 | 203.74 | 131.77 | 37481.43 | 0.00 | 0.00 | 0.00 |
| 02/05/10 | 02/04/10 R | 335.51 | 335.51 | 203.02 | 132.49 | 37348.94 | 0.00 | 0.00 | 0.00 |
| 03/05/10 | 03/04/10 R | 335.51 | 335.51 | 202.31 | 133.20 | 37215.74 | 0.00 | 0.00 | 0.00 |
| 04/03/10 | 04/04/10 R | 335.51 | 335.51 | 201.59 | 133.92 | 37081.82 | 0.00 | 0.00 | 0.00 |
| 05/06/10 | 05/04/10 R | 335.51 | 335.51 | 200.86 | 134.65 | 36947.17 | 0.00 | 0.00 | 0.00 |
| 06/10/10 | 06/04/10 R | 335.51 | 335.51 | 200.13 | 135.38 | 36811.79 | 0.00 | 0.00 | 0.00 |
| 07/07/10 | 07/04/10 R | 335.51 | 335.51 | 199.40 | 136.11 | 36675.68 | 0.00 | 0.00 | 0.00 |
| 07/31/10 | 08/04/10 R | 335.51 | 335.51 | 198.66 | 136.85 | 36538.83 | 0.00 | 0.00 | 0.00 |
| 09/07/10 | 09/04/10 R | 335.51 | 335.51 | 197.92 | 137.59 | 36401.24 | 0.00 | 0.00 | 0.00 |
| 10/04/10 | 10/04/10 R | 335.51 | 335.51 | 197.17 | 138.34 | 36262.90 | 0.00 | 0.00 | 0.00 |
| 11/04/10 | 11/04/10 R | 335.51 | 335.51 | 196.42 | 139.09 | 36123.81 | 0.00 | 0.00 | 0.00 |
| 12/04/10 | 12/04/10 R | 335.51 | 335.51 | 195.67 | 139.84 | 35983.97 | 0.00 | 0.00 | 0.00 |
| **Annual Total:** | | 4026.12 | | 2396.89 | 1629.23 | | 0.00 | 0.00 | 0.00 |
| Escrow Paid Out: | | | | | | | 0.00 | | |
| 01/05/11 | 01/04/11 R | 335.51 | 335.51 | 194.91 | 140.60 | 35843.37 | 0.00 | 0.00 | 0.00 |
| 02/04/11 | 02/04/11 R | 335.51 | 335.51 | 194.15 | 141.36 | 35702.01 | 0.00 | 0.00 | 0.00 |
| 03/09/11 | 03/04/11 R | 335.51 | 335.51 | 193.39 | 142.12 | 35559.89 | 0.00 | 0.00 | 0.00 |
| 04/04/11 | 04/04/11 R | 335.51 | 335.51 | 192.62 | 142.89 | 35417.00 | 0.00 | 0.00 | 0.00 |
| 05/05/11 | 05/04/11 R | 335.51 | 335.51 | 191.84 | 143.67 | 35273.33 | 0.00 | 0.00 | 0.00 |
| 06/03/11 | 06/04/11 R | 335.51 | 335.51 | 191.06 | 144.45 | 35128.88 | 0.00 | 0.00 | 0.00 |
| 07/11/11 | 07/04/11 R | 335.51 | 335.51 | 190.28 | 145.23 | 34983.65 | 0.00 | 0.00 | 0.00 |
| 08/05/11 | 08/04/11 R | 335.51 | 335.51 | 189.49 | 146.02 | 34837.63 | 0.00 | 0.00 | 0.00 |
| 09/02/11 | 09/04/11 R | 335.51 | 335.51 | 188.70 | 146.81 | 34690.82 | 0.00 | 0.00 | 0.00 |
| 10/04/11 | 10/04/11 R | 335.51 | 335.51 | 187.91 | 147.60 | 34543.22 | 0.00 | 0.00 | 0.00 |
| 11/07/11 | 11/04/11 R | 335.51 | 335.51 | 187.11 | 148.40 | 34394.82 | 0.00 | 0.00 | 0.00 |
| 12/05/11 | 12/04/11 R | 335.51 | 335.51 | 186.31 | 149.20 | 34245.62 | 0.00 | 0.00 | 0.00 |
| **Annual Total:** | | 4026.12 | | 2287.77 | 1738.35 | | 0.00 | 0.00 | 0.00 |
| Escrow Paid Out: | | | | | | | 0.00 | | |
| 01/06/12 | 01/04/12 R | 335.51 | 335.51 | 185.50 | 150.01 | 34095.61 | 0.00 | 0.00 | 0.00 |
| 02/03/12 | 02/04/12 R | 335.51 | 335.51 | 184.68 | 150.83 | 33944.78 | 0.00 | 0.00 | 0.00 |
| 03/05/12 | 03/04/12 R | 335.51 | 335.51 | 183.87 | 151.64 | 33793.14 | 0.00 | 0.00 | 0.00 |
| 04/05/12 | 04/04/12 R | 335.51 | 335.51 | 183.05 | 152.46 | 33640.68 | 0.00 | 0.00 | 0.00 |
| 05/04/12 | 05/04/12 R | 335.51 | 335.51 | 182.22 | 153.29 | 33487.39 | 0.00 | 0.00 | 0.00 |
| 06/04/12 | 06/04/12 R | 335.51 | 335.51 | 181.39 | 154.12 | 33333.27 | 0.00 | 0.00 | 0.00 |
| 07/09/12 | 07/04/12 R | 335.51 | 335.51 | 180.56 | 154.95 | 33178.32 | 0.00 | 0.00 | 0.00 |
| 08/07/12 | 08/04/12 R | 335.51 | 335.51 | 179.72 | 155.79 | 33022.53 | 0.00 | 0.00 | 0.00 |
| 09/07/12 | 09/04/12 R | 335.51 | 335.51 | 178.87 | 156.64 | 32865.89 | 0.00 | 0.00 | 0.00 |
| 10/05/12 | 10/04/12 R | 335.15 | 335.15 | 178.02 | 157.13 | 32708.76 | 0.00 | 0.00 | 0.00 |
| 11/06/12 | 11/04/12 R | 335.51 | 335.51 | 177.17 | 158.34 | 32550.42 | 0.00 | 0.00 | 0.00 |
| 12/10/12 | 12/04/12 R | 335.51 | 335.51 | 176.31 | 159.20 | 32391.22 | 0.00 | 0.00 | 0.00 |
| **Annual Total:** | | 4025.76 | | 2171.36 | 1854.40 | | 0.00 | 0.00 | 0.00 |
| Escrow Paid Out: | | | | | | | 0.00 | | |

**AmeriFunds Secured Income Fund**
9375 E Shea Blvd, Ste 100
Scottsdale, AZ 85260

Debbi Berkman: (888)-309-7455
noteservicing@amerifunds.us

**Payment History**

Reference

Bedizel AS1148   RC ASIF                      Page 3
Printed: 03/19/15      Period: 09/01/07 - 12/31/15

| Pay Date | Due/Type | Amount | Applied/Ref | Interest | Principal | Balance | Escrow | Late | Svc |
|---|---|---|---|---|---|---|---|---|---|
| 01/04/13 | 01/04/13 R | 335.51 | 335.51 | 175.45 | 160.06 | 32231.16 | 0.00 | 0.00 | 0.00 |
| 02/07/13 | 02/04/13 R | 335.51 | 335.51 | 174.59 | 160.92 | 32070.24 | 0.00 | 0.00 | 0.00 |
| 03/05/13 | 03/04/13 R | 335.51 | 335.51 | 173.71 | 161.80 | 31908.44 | 0.00 | 0.00 | 0.00 |
| 04/05/13 | 04/04/13 R | 335.51 | 335.51 | 172.84 | 162.67 | 31745.77 | 0.00 | 0.00 | 0.00 |
| 05/03/13 | 05/04/13 R | 335.51 | 335.51 | 171.96 | 163.55 | 31582.22 | 0.00 | 0.00 | 0.00 |
| 06/03/13 | 06/04/13 R | 335.51 | 335.51 | 171.07 | 164.44 | 31417.78 | 0.00 | 0.00 | 0.00 |
| 07/08/13 | 07/04/13 R | 335.51 | 335.51 | 170.18 | 165.33 | 31252.45 | 0.00 | 0.00 | 0.00 |
| 08/06/13 | 08/04/13 R | 335.51 | 335.51 | 169.28 | 166.23 | 31086.22 | 0.00 | 0.00 | 0.00 |
| 09/09/13 | 09/04/13 R | 335.51 | 335.51 | 168.38 | 167.13 | 30919.09 | 0.00 | 0.00 | 0.00 |
| 10/15/13 | 10/04/13 R | 335.51 | 335.51 | 167.48 | 168.03 | 30751.06 | 0.00 | 0.00 | 0.00 |
| 11/12/13 | 11/04/13 R | 335.51 | 335.51 | 166.57 | 168.94 | 30582.12 | 0.00 | 0.00 | 0.00 |
| 12/09/13 | 12/04/13 R | 335.51 | 335.51 | 165.65 | 169.86 | 30412.26 | 0.00 | 0.00 | 0.00 |
| Annual Total: | | 4026.12 | | 2047.16 | 1978.96 | | 0.00 | 0.00 | 0.00 |
| Escrow Paid Out: | | | | | | | 0.00 | | |
| 01/08/14 | 01/04/14 R | 335.51 | 335.51 | 164.73 | 170.78 | 30241.48 | 0.00 | 0.00 | 0.00 |
| 02/10/14 | 02/04/14 R | 335.51 | 335.51 | 163.81 | 171.70 | 30069.78 | 0.00 | 0.00 | 0.00 |
| 03/06/14 | 03/04/14 R | 335.51 | 335.51 | 162.88 | 172.63 | 29897.15 | 0.00 | 0.00 | 0.00 |
| 04/04/14 | 04/04/14 R | 335.51 | 335.51 | 161.94 | 173.57 | 29723.58 | 0.00 | 0.00 | 0.00 |
| 05/12/14 | 05/04/14 R | 335.51 | 335.51 | 161.00 | 174.51 | 29549.07 | 0.00 | 0.00 | 0.00 |
| 06/09/14 | 06/04/14 R | 335.51 | 335.51 | 160.06 | 175.45 | 29373.62 | 0.00 | 0.00 | 0.00 |
| 07/09/14 | 07/04/14 R | 335.51 | 335.51 | 159.11 | 176.40 | 29197.22 | 0.00 | 0.00 | 0.00 |
| 08/11/14 | 08/04/14 R | 335.51 | 335.51 | 158.15 | 177.36 | 29019.86 | 0.00 | 0.00 | 0.00 |
| 09/15/14 | 09/04/14 R | 335.51 | 335.51 | 157.19 | 178.32 | 28841.54 | 0.00 | 0.00 | 0.00 |
| 10/15/14 | 10/04/14 R | 335.51 | 335.51 | 156.23 | 179.28 | 28662.26 | 0.00 | 0.00 | 0.00 |
| 11/12/14 | 11/04/14 R | 335.51 | 335.51 | 155.25 | 180.26 | 28482.00 | 0.00 | 0.00 | 0.00 |
| 12/09/14 | 12/04/14 R | 335.51 | 335.51 | 154.28 | 181.23 | 28300.77 | 0.00 | 0.00 | 0.00 |
| Annual Total: | | 4026.12 | | 1914.63 | 2111.49 | | 0.00 | 0.00 | 0.00 |
| Escrow Paid Out: | | | | | | | 0.00 | | |
| Report Total: | | 29534.52 | | 16798.09 | 12726.43 | | 0.00 | 20.00 | 0.00 |
| Escrow Paid Out: | | | | | | | 0.00 | | |
| Balances: | | | | | | 28300.77 | 0.00 | 0.00 | 0.00 |

Payment types: R: Regular; r: Part pmt; P: Principal; L: Late; S: Service; E, T, I: Escrow, Tax, Ins; F: Returned chk or reversal; J: Adjustment; A: Accrued interest
Financial counseling is available at www.HUD.gov. Choose Resources, then HUD Approved Housing Counseling Agencies.
**Note: Next payment is due. Update account before issuing payoff figures.**